1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   CAROLYN B. CHEN, CSBN 256628
4  Special Assistant United States Attorney
5        160 Spear Street, Suite 800
         San Francisco, California 94105
6        Telephone: (415) 977-8956
         Facsimile: (415) 744-0134
7        E-Mail: Carolyn.Chen@ssa.gov
8  Attorneys for Defendant

9  **UNITED STATES DISTRICT COURT**
10 **EASTERN DISTRICT OF CALIFORNIA**
11 **SACRAMENTO DIVISION**

12

13 NICOLE A. HARDIN,                              ) Case No.: 2:15-cv-02435-KJN
                                                  )
14              Plaintiff,                        ) ORDER RE STIPULATION FOR AN
                                                  ) EXTENSION OF TIME OF 30 DAYS FOR
15        vs.                                     ) DEFENDANT'S RESPONSE TO
   CAROLYN W. COLVIN,                             ) PLAINTIFF'S MOTION FOR SUMMARY
16 Acting Commissioner of Social Security,        ) JUDGMENT
                                                  )
17                                                )
                Defendant.                        )
18 _____ )

19      IT IS HEREBY STIPULATED, by and between the parties, through their respective

20 counsel of record, that Defendant shall have an extension of time of an additional 30 days to

21 respond to Plaintiff's motion for summary judgment.  This is the first continuance sought by

22 Defendant.  The current due date is July 21, 2016.  The new due date will be August 22, 2016

23 (August 20, 2016, falls on a Saturday).

24      There is good cause for this request.  Defendant is seeking this extension due to workload

25 issues.  Since the filing of Plaintiff's motion for summary judgment, additional unanticipated

26 developments in defense counsel's two other district court cases have arisen and require

27 additional briefing due on July 21, 2016, and July 22, 2016.  In addition, for the last month,

28 Defendant's counsel was limited in her ability to work on this case due to an Equal Employment

1  Opportunity Commission (EEOC) case which has also been extended, and counsel will continue
2  to be limited in her schedule from briefing of this case involving voluminous records of multiple
3  cases.
4      Moreover, Defendant requests an additional 30 days to submit her response due to the
5  fact that Defendant's counsel will be absent on pre-approved leave at the end of July and early
6  August.  Because of the factors described above, Defendant is requesting additional time up to
7  and including August 22, 2016, to fully review the record and research the issues presented by
8  Plaintiff's motion for summary judgment.  This request is made in good faith with no intention to
9  unduly delay the proceedings.
10      The parties further stipulate that the Court's Scheduling Order shall be modified
11  accordingly.

Respectfully submitted,

Date: July 18, 2016    CERNEY KREUZE & LOTT, LLP

*s/ Langley Ellen Kreuze by C.Chen\**
(As authorized by e-mail on 7/18/2016)
LANGLEY ELLEN KREUZE
Attorneys for Plaintiff

Date: July 18, 2016    PHILLIP A. TALBERT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

Dated:  July 19, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE