PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| NICOLE A. HARDIN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-cv-02435-KJN<br><br>ORDER APPROVING SECOND STIPULATION FOR AN EXTENSION OF TIME OF 14 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 14 days to respond to Plaintiff's motion for summary judgment. This is the second continuance sought by Defendant. The current due date is August 22, 2016. The new due date will be September 6, 2016 (September 5, 2016, falls on the Labor Day holiday).

There is good cause for this request. Defendant is seeking this extension due to continued workload issues. Since the Court's previous order dated July 19, 2016 granting additional time, defense counsel has been working diligently on her full workload including district court cases and briefing for two Equal Employment Opportunity Commission (EEOC)

cases, which have also been extended, have required additional time, and have limited counsel's ability to timely brief this case.

    Defendant is prioritizing this case and requests an additional 14 days up to and including September 6, 2016, to fully review the record and research the issues presented by Plaintiff's motion for summary judgment. This request is made in good faith with no intention to unduly delay the proceedings.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: August 18, 2016    CERNEY KREUZE & LOTT, LLP

*s/ Langley Ellen Kreuze by C.Chen**
(As authorized by e-mail on 8/18/2016)
LANGLEY ELLEN KREUZE
Attorneys for Plaintiff

Date: August 18, 2016    PHILLIP A. TALBERT
Acting United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

Dated: August 22, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE