PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| NICOLE A. HARDIN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-cv-02435-KJN<br><br>ORDER RE UNOPPOSED MOTION FOR AN EXTENSION OF TIME OF 14 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    Defendant, through her counsel requests an extension of time of an additional 14 days to respond to Plaintiff's motion for summary judgment. This is the third continuance sought by Defendant. The current due date was September 6, 2016. The new due date will be September 20, 2016.

    Since the Court's previous order of extension, Defendant has made progress on her response to Plaintiff's motion for summary judgment. However, Defendant is seeking this extension due to needing additional time to complete Defendant's motion for summary judgment after experiencing network connectivity issues and after the holiday. Furthermore, Defendant's counsel will be traveling for the next 10 days, limiting her ability to timely file Defendant's

1  response to Plaintiff's motion for summary judgment.  This request is made in good faith with no
2  intention to unduly delay the proceedings.
3      Defendant's counsel contacted Plaintiff through her counsel on September 7, 2016, to
4  advise her of this motion.  Plaintiff through her counsel did not oppose the motion.

                                          Respectfully submitted,

Date: September 8, 2016               CERNEY KREUZE & LOTT, LLP

                                          *s/ Langley Ellen Kreuze by C.Chen\**
                                          (As authorized by e-mail on 9/7/2016)
                                          LANGLEY ELLEN KREUZE
                                          Attorneys for Plaintiff

Date: September 8, 2016               PHILLIP A. TALBERT
                                          Acting United States Attorney

                                          By *s/ Carolyn B. Chen*
                                          CAROLYN B. CHEN
                                          Special Assistant U. S. Attorney

                                          Attorneys for Defendant

                                            <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  September 9, 2016

                                            _____
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE