LANGLEY KREUZE, SBN: 254739
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NICOLE A. HARDIN,<br><br>   Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>   Defendant. | No.  2:15-CV-02435-KJN<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to Reply to Defendant's Cross-Motion For Summary Judgment in the above-referenced case is hereby extended to the new due date of November 1, 2016, **and all other deadlines be extended accordingly**. This extension is requested due to the writer heavy briefing schedule and is scheduled to be out of town this week for legal conference.

1

| | |
|---|---|
| DATED:  October 18, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX |
| */s/ Langley Kreuze*<br>LANGLEY KREUZE<br>Attorney for Plaintiff | */s/ Carolyn Chen*<br>CAROLYN CHEN<br>(As authorized via E-mail 10/18/16)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

LANGLEY KRUEZE, SBN:  254739
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NICOLE A. HARDIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>　　　　　Defendant. | No.  2:15-CV-02435-KJN<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO  REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties for a requested extension of Plaintiff's time to Reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Reply on or before November 1, 2016.

SO ORDERED.

Dated: October 20, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3